JOAN QUINLAN, *ET AL.*, PLAINTIFFS-PETITIONERS, v. JOSEPH QUINLAN, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Messrs. Wilentz, Goldman, Spitzer & Sills* and *Mr. Nicholas L. Santowasso* for the petitioners.

*Messrs. Lamb, Langan & Blake* and *Mr. H. Curtis Meanor* for the respondents.

September 17, 1962.   Denied.

DAVID E. FELDMAN, PETITIONER, v. SCHRANZ & BIEBER CO., INC., RESPONDENT.

See same case below : 75 *N. J. Super.* 421.

*Messrs. Kleinberg, Moroney & Masterson* for the petitioner.

*Mr. Ralph Neibart* for the respondent.

September 17, 1962.   Denied.